■ In the Matter of ROBERT E. TROMBLEY, JR., Respondent, v KRISTIN S. PAYNE, Appellant. In the Matter of KRISTIN S. PAYNE, Appellant, v ROBERT E. TROMBLEY, JR., Respondent. [18 NYS3d 912]—Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered March 5, 2014 in proceedings pursuant to Family Court Act article 6. The order, among other things, granted sole custody of the subject children to Robert E. Trombley, Jr.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Memorandum: Respondent-petitioner mother appeals from an order that, inter alia, dismissed her cross petition seeking modification of a prior custody order and sole custody of the children. While this appeal was pending, the parties filed additional modification petitions and, after a hearing, Family Court issued an order continuing sole custody of the children with petitioner-respondent father and visitation with the mother. We conclude that this appeal is therefore moot (*see Matter of Smith v Cashaw* [appeal No. 1], 129 AD3d 1551, 1551 [2015]; *Matter of Morgia v Horning* [appeal No. 1], 119 AD3d 1355, 1355 [2014]; *Matter of Kirkpatrick v Kirkpatrick*, 117 AD3d 1575, 1576 [2014]), and the exception to the mootness doctrine does not apply (*see Smith*, 129 AD3d at 1551; *Kirkpatrick*, 117 AD3d at 1576; *see generally Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715 [1980]). Present—Centra, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.

■ DENNIS BRENNAN, Respondent, v RONALD W. BRISBEE, Appellant. [18 NYS3d 912]—Appeal from an order of the Supreme Court, Cattaraugus County (Paula L. Feroleto, J.), entered July 1, 2014. The order denied the motion of defendant to dismiss the complaint.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on June 17 and 24, 2015, and filed in the Cattaraugus County Clerk's Office on June 26, 2015,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.